In the Matter of ARTHUR E. LIFFITON, JR., as Successor Trustee, etc., Respondent, *v.* THE NATIONAL SAVINGS BANK OF THE CITY OF ALBANY, Appellant.

Argued October 6, 1944; decided November 16, 1944.

*Roland Ford* for appellant.
*Charles B. Sullivan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.